151 A.3d 92

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MOHAMED ALY, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001126-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 93

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CHRISTOPHER SEDIN (A/K/A SEDIN CHRISTOPHER),
DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001950-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.